IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:06-CR-00074-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ANTHONY RAVON RUFFIN, | ) | |
| Defendant. | ) | |

This matter is before the court on the Government's Motion to Seal [DE-85]. For good cause shown, the Government's Motion to Seal [DE-85] is ALLOWED and DE-84 shall be sealed. The Clerk is DIRECTED to provide copies of the filed sealed document to the Government and defense counsel.

SO ORDERED.

This, the _12_ day of May, 2016.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge