UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:06-CR-74-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| ANTHONY RAVON RUFFIN | |

On motion of the defendant, Anthony Ravon Ruffin, and for good cause shown, it is hereby ORDERED that the **[DE 87]** be sealed until further notice by this Court.

IT IS SO ORDERED.

This 31st day of May, 2016.

James C. Fox
JAMES C. FOX
United States District Judge